Adam E. Deitz, WSBA No. 55965
Anderson Carey Williams & Neidzwski
21 Bellwether Way, Suite 104
Bellingham, WA 98225
Telephone: (360) 671-6711
Fax: (360) 647-2943
Email: adam@boatlaw.com
nick@boatlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SIMONE F. GROVER,<br><br>Plaintiff,<br><br>v.<br><br>LINDBLAD EXPEDITIONS, LLC, LINDBLAD EXPEDITIONS, INC., LEX QUEST, LLC, LINDBLAD EXPEDITIONS HOLDINGS, INC., LINDBLAD MARITIME VENTURES, INC., LINDBLAD MARITIME ENTERPRISES, LTD., LEX VENTURE, LLC,<br><br>Defendants. | AT LAW AND IN ADMIRALTY<br><br>Case No.: 2:21-CV-00250-RSM<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME TO SERVE SUMMONSES AND COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: MAY 24, 2021** |

ORDER GRANTING PLAINTIFF'S
EX PARTE MOTION TO EXTEND TIME TO SERVE
SUMMONSES AND COMPLAINT
CASE NO.: 2:21-CV-00250-RSM
PAGE - 1

**ANDERSON CAREY
WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

WHEREAS Plaintiff Simone Grover and Vessel Interest Defendants ("the Parties") mediated this dispute on May 6, 2021 and are continuing to finalize the settlement agreement;

NOW, THEREFORE, the Court finds good cause to extend the deadline to serve the summonses and complaint insofar that the requested extension will permit the Parties time to finalize the settlement agreement;

IT IS ORDERED that the deadline for Plaintiff to serve the summonses and complaint upon Defendants shall be extended by 45 days, to July 9, 2021.

IT IS SO ORDERED.

DATED this 27th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S
EX PARTE MOTION TO EXTEND TIME TO SERVE
SUMMONSES AND COMPLAINT
CASE NO.: 2:21-CV-00250-RSM
PAGE - 2

**ANDERSON CAREY**
**WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943